1  PAUL R. BESSETTE (State Bar No. 139675)
   pbessette@kslaw.com
2  KING & SPALDING LLP
3  401 Congress Avenue
   Suite 3200
4  Austin, Texas 78701
   Telephone:     +1 512 457 2000
5  Facsimile:     +1 512 457 2100

FILED
OCT 25 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAHUL MALHOTRA<br><br>Plaintiff,<br><br>v.<br><br>REV WORLDWIDE, INC.<br><br>Defendant. | Case No. CV-13-3768 DMR<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY ALL PROCEEDINGS** |

The parties reached a settlement in principle at mediation on October 14, 2013. The parties jointly request that the Court stay all proceedings in this matter for 60 days to provide the parties with sufficient time to fully document the terms of their settlement. Once the settlement agreement is finalized and executed, plaintiff will promptly file a notice of dismissal with prejudice under Federal Rule of Civil Procedure 41(a).

| | | |
|---|---|---|
| 1 | DATED: _____ _____ | KING & SPALDING LLP |
| 2 | | |
| 3 | | |
| 4 | By: /s/ Rahul Malhotra | By: /s/ Paul R. Bessette |
|   | 2148 Harkins Avenue | Paul R. Bessette |
| 5 | Menlo Park, CA  94025 | CA Bar No. 139675 |
|   | 650.388.9095 | 401 Congress Ave., Suite 3200 |
| 6 | r.rimmy.malhotra+courts@gmail.com | Austin, TX  78701 |
|   | | 512.457.2051 |
| 7 | Pro Se Plaintiff | 512.457.2000 - fax |
|   | | mbiles@kslaw.com |
| 8 | | |
| 9 | | Attorneys for Defendants |