UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL MALHOTRA, | No. C-13-03768 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| REV WORLDWIDE INC, | |
| Defendant(s). | |

The court is in receipt of the parties' notice of settlement [Docket No. 4]. The Case Management Conference previously scheduled for November 13, 2013 has been CONTINUED to **January 22, 1014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than January 15, 2014.

IT IS SO ORDERED.

Dated: October 31, 2013

DONNA M. RYU
United States Magistrate Judge