1  PAUL R. BESSETTE (State Bar No. 139675)
   pbessette@kslaw.com
2  KING & SPALDING LLP
3  401 Congress Avenue
   Suite 3200
4  Austin, Texas 78701
   Telephone:     +1 512 457 2000
5  Facsimile:     +1 512 457 2100

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 RAHUL MALHOTRA                    Case No. CV-13-3768

13              Plaintiff,           **STIPULATION OF DISMISSAL**

14       v.

15 RÊV WORLDWIDE, INC.

16              Defendant.

17

18       Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil

19 Procedure 41(a)(1)(A)(ii).

20       1.   Plaintiff is Rahul Malhotra; Defendant is Rêv Worldwide, Inc.

21       2.   On August 14, 2013, Plaintiff filed a complaint and named the Defendant.

22       3.   The parties executed a Settlement Agreement on or about November 26, 2013.

23       4.   Plaintiff moves to dismiss this suit.

24       5.   Defendant agrees to the dismissal.

25       6.   This case is not a class action under Federal Rule of Civil Procedure 23, a

26 derivative action under Rule 23.1, or an action related to an unincorporated association under

27 Rule 23.2.

28       7.   A receiver has not been appointed in this case.

**STIPULATION OF DISMISSAL**                                        Case No. CV-13-3768

8. This case is not governed by an federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice.

11. Each party shall bear their respective costs and fees.

DATED:  January 16, 2014

                                              KING & SPALDING LLP

By: */s/ Rahul Malhotra*  
     2148 Harkins Avenue  
     Menlo Park, CA  94025  
     650.388.9095  
     r.rimmy.malhotra+courts@gmail.com

     *Pro Se Plaintiff*

By: */s/ Paul R. Bessette*  
     Paul R. Bessette  
     CA Bar No. 139675  
     401 Congress Ave., Suite 3200  
     Austin, TX  78701  
     512.457.2051  
     512.457.2000 - fax  
     pbessette@kslaw.com

     *Attorneys for Defendant*

**STIPULATION OF DISMISSAL**                                                    Case No. CV-13-3768